Russell Paul BLOCK, Appellant,

v.

DIRECTOR OF REVENUE, Respondent.

No. WD 42366.

Missouri Court of Appeals, Western District.

April 24, 1990.

John E. Redmond, Kansas City, for appellant.

Marie W. Bower, Sp. Asst. Atty. Gen., Jefferson City, for respondent.

Before MANFORD, P.J., and SHANGLER and CLARK, JJ.

ORDER

PER CURIAM.

Russell Block appeals from the judgment of the circuit court that affirmed the decision of the Director of Revenue to revoke his driver's license for one year under § 577.041, RSMo Supp.1989 for refusal to submit to a breathalyzer test.

The judgment is affirmed. Rule 84.16(b).